# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 5:21-cr-584 |
| | ) | |
| PLAINTIFF, | ) | CHIEF JUDGE SARA LIOI |
| | ) | |
| vs. | ) | |
| | ) | ORDER ON VIOLATION OF |
| | ) | CONDITIONS OF SUPERVISED |
| | ) | RELEASE |
| STEPHEN HARVEY, | ) | |
| | ) | |
| DEFENDANT. | ) | |

A Violation Report was filed in this case on June 26, 2024[1]. The Court referred this matter to Magistrate Judge Reuben J. Sheperd to conduct appropriate proceedings and to file a report and recommendation. Magistrate Judge Sheperd reported that a supervised release violation hearing was held on October 28, 2024. The defendant admitted to the following violations:

1. New Law Violation; and
2. Unauthorized Travel.

The magistrate judge filed a report and recommendation on October 28, 2024, in which the magistrate judge recommended that the Court find that the defendant has violated the conditions of his supervised release as set forth in violation numbers 1 and 2.

---

[1] A superseding report was filed on September 16, 2024 to provide an update on the violations.

A final supervised release violation hearing was conducted on November 19, 2024. Present were the following: Assistant United States Attorney Toni Beth Schnellinger, representing the United States; Assistant Federal Public Defender Carolyn Kucharski, representing the defendant; the defendant Stephen Harvey, and United States Probation Officer Ashley Frank.

No objections were filed to the report and recommendation of the magistrate judge. Upon review, the Court adopts the report and recommendation of the magistrate judge and finds the defendant to be in violation of the terms and conditions of his supervised release as set forth in violation numbers 1 and 2.

IT IS ORDERED that the defendant's supervised release is revoked, and the defendant is committed to the custody of the Bureau of Prisons for a term of 24 months. This sentence is to be served consecutive to the undischarged sentence in Stark County Court of Common Pleas, case number 2024CR1411. So that he may participate in Edwins Leadership & Restaurant Institute (Cleveland, Ohio) if accepted, the Court recommends to the Bureau of Prisons that the defendant be considered for placement in Cleveland, Ohio, pursuant to the Second Chance Act at the earliest possible time and for the longest period provided by law. No supervised release to follow.

Defendant remanded.

**IT IS SO ORDERED**.

Dated: November 19, 2024

                                                       **HONORABLE SARA LIOI**
                                                       **CHIEF JUDGE**
                                                       **UNITED STATES DISTRICT COURT**